STATE OF NEW JERSEY v. ALEXANDER CONCEPCION.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL L. GRANT.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID HEYBOER.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTO T. PEREZ.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL BEST.

January 24, 1989.

Petition for certification denied.